# The United States District Court

## District of Utah

FREDERICK O. SILVER,

    Plaintiff,

v.

RICHARD FAIRBANK: CEO/President, Capital One Financial Corporation,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:22-cv-00140-DBB-DBP

District Judge David Barlow

IT IS ORDERED AND ADJUDGED

that Defendant's Motion to Dismiss is granted, and the action is dismissed without prejudice.

January 4, 2023
*Date*

BY THE COURT:

_____
David Barlow
United States District Judge